# United States Bankruptcy Court
## Western District of Tennessee

In re **Shantel Renee Ware**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Shantel Renee Ware** | S.S.# **xxx-xx-9314** |
| | (W) | S.S.# |
| ADDRESS: | **4869 Owen Road** | |
| | **Memphis, TN 38122** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **109.00** | (weekly, every two weeks, semi-monthly) |
| PAYROLL DEDUCTION: | **YES** OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **2/1/16** | |
| PLACE OF EMPLOYMENT: | **American Home Shield** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |
| HOME MORTGAGE: **SN Servicing Corporation** | If no arrearage, ongoing payments are to be paid directly by the debtor(s). Ongoing pmt. Begin | $ **CURRENT** |
| | Approx. arrearage **16,725.00**   Interest **0.00** % | $ **300.00** |

| SECURED CREDITORS;<br>(retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Ford Credit** | $ **5,000.00** | **5.25** % | $ **73.00** |

UNSECURED CREDITORS: Pay **TBD**% of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$43,763.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:**
**MLG&W Credit Operations: Debtor will pay claim in full with contract rate of interest - codebtor is liable on claim.**

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **TBD**%

DEBTOR'S ATTORNEY:
**Michael W. Mitchell 13350**
**Gentry, Arnold & Mitchell, PLLC**
**5100 Poplar Avenue, Suite 2008**
**Memphis, TN 38137-2008**
**(901) 591-8800 Fax:(888) 492-4905**